Cite as 2020 Ark. 374

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE RETIREMENT OF JUSTICE JOSEPHINE LINKER HART | Opinion Delivered  November 12, 2020 |

## PER CURIAM

Upon her retirement from the Supreme Court of Arkansas after eight years of dedicated service as an associate justice, the court recognizes and expresses its appreciation to Justice Josephine Linker Hart.

Justice Hart has devoted her life to public service. After graduating from Arkansas Tech University with a Bachelor of Arts in 1965, she joined the United States Army where she was stationed at Army headquarters in Japan during the Vietnam War and was promoted to Captain. In 1969, Justice Hart joined the Army Reserve and started law school at the University of Arkansas. After graduating from law school in 1971, Justice Hart clerked for Arkansas Supreme Court Associate Justice Frank Holt. Following her clerkship, Justice Hart maintained a thriving law practice in Batesville and Mountain View for more than twenty years where she was an advocate for countless Arkansans dealing with legal issues. She also retired from the Army Reserve as a Colonel in the Judge Advocate General Corps with more than twenty years of military service.

Justice Hart was elected to the Arkansas Court of Appeals in 1998 and served that court until her election to this court in 2012. She has dedicated her time on the appellate

bench to the protection of the Arkansas Constitution and the rights of the poor and those who are incarcerated in our state penitentiary. As a member of the supreme court, Justice Hart was instrumental in establishing an Attorney Emeritus status for attorneys licensed to practice law for at least fifty years. She also served as liaison to the Supreme Court Committee on Civil Practice, the Committee on Criminal Practice, and the Committee on Model Jury Instructions-Criminal.

On behalf of the people of the State of Arkansas, we thank Justice Hart for her many years of public service.